UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>DOES 1-28,<br><br>              Defendants. | Civil Action No. 2:15-cv-576<br><br>PLAINTIFF'S CORPORATE DISCLOSURE |

Plaintiff Dallas Buyers Club, LLC answers Federal Rules of Civil Procedure 7.1 and LCR 7.1 questions as follows:

**(1)  Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

No

**(2)  Any member or owner in a joint venture or limited liability corporation (LLC)?**

- Nicolas Chartier, 662 N. Crescent Heights Blvd., Los Angeles, CA 90048
- Joe Newcomb c/o Truth Entertainment LLC, 2170 Buckthorne Place Ste. 400, The Woodlands, TX 77385

**(3)  Any partners in a partnership or limited liability partnership (LLP)**

No

CORPORATE DISCLOSURE - 1
Civil Action No. 2:15-cv-576
INIP-6-0014P01 CDS

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**(4)**     **Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

No

RESPECTFULLY SUBMITTED this 13th day of April, 2015.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Plaintiff Dallas Buyers Club, LLC

CORPORATE DISCLOSURE - 2
Civil Action No. 2:15-cv-576
INIP-6-0014P01 CDS