Honorable Richard A. Jones

1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DALLAS BUYERS CLUB, LLC,

Plaintiff,

v.

DOES 1-28,

Defendants.

Civil Action No. 15-cv-576RAJ

VOLUNTARY DISMISSAL OF DOES 3, 8, 15, 25

13   Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted

14   Defendant Does without prejudice.

15

16

17

18

19

20

21

22

23

24

25

26

s/ David A. Lowe, WSBA No. 24,453
    Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES^PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301